IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE DELTONDO,<br><br>*Plaintiff,*<br><br>v.<br><br>THE SCHOOL DISTRICT OF PITTSBURGH, *et al,*<br><br>*Defendants.* | Civil Action No. 2:22-cv-350<br><br>Hon. William S. Stickman IV<br>Hon. Patricia L. Dodge |

## ORDER OF COURT

AND NOW, this **22** day of January 2025, IT IS HEREBY ORDERED that Magistrate Judge Patricia L. Dodge's Memorandum Orders (ECF Nos. 176 and 177) are AFFIRMED. Magistrate Judge Dodge's November 22, 2024, Memorandum Order (ECF No. 176) disposing of Defendants' Motion for Sanctions Seeking Dismissal of Lawsuit (ECF No. 160) and her November 22, 2024, Memorandum Order (ECF No. 177) disposing of Plaintiff's Motion for Sanctions and to Compel (ECF No. 177), were neither clearly erroneous nor contrary to the law. *See generally* Fed. R. Civ. P. 72(a) (reciting standards of review governing magistrate judges' non-dispositive rulings).[1] After its *de novo* review of the record, the parties' pleadings, and the applicable law, the Court OVERRULES Plaintiff's objections. (ECF Nos. 178 and 179). The

---

[1] The standard of review governing an appeal to the district court of a magistrate judge's non-dispositive order is clear: a district court may reverse a magistrate judge's ruling regarding a non-dispositive issue such as discovery only if it is "clearly erroneous or contrary to law." *Jackson v. Chubb Corp.*, 45 F. App'x 163, 166 (3d Cir. 2002)); *see also* 28 U.S.C. § 636(b)(1)(A) ("A judge of the court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that the [magistrate judge's] order is clearly erroneous or contrary to law."); LCvR 72.C.2 ("The District Judge assigned to the case shall consider the objections and set aside any portion of the Magistrate Judge's order found to be clearly erroneous or contrary to law.").

2

Court agrees with Magistrate Judge Dodge's thorough analysis of the issues and her legal conclusions.

Post-fact discovery deadlines, and any other necessary deadlines, will be set by Magistrate Judge Dodge.

BY THE COURT:

/s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE