IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE DELTONDO, | ) |
| | ) Civil Action No. 2:22-cv-00350-WSS-PLD |
| Plaintiff, | ) |
| | ) Hon. William S. Stickman IV |
| v. | ) |
| | ) Hon. Patricia L. Dodge |
| THE SCHOOL DISTRICT OF PITTSBURGH; *ET AL.*, | ) |
| | ) **Electronic Filing** |
| | ) |
| Defendants. | ) |

**PPS DEFENDANTS'
PETITION FOR FEES AND COSTS**

The PPS Defendants, through their undersigned counsel, file the following Petition for Fees and Costs, seeking attorneys' fees and costs related to Ms. Deltondo's discovery misconduct. In support, the PPS Defendants state as follows:

1. Upon consideration of the PPS Defendants' Second Motion for Sanctions and Oral Argument before the Court, this Court recognized that the PPS Defendants have incurred attorneys' fees and costs due to Ms. Deltondo's misconduct.

2. As a result, on October 16, 2025, this Court granted in part and denied in part the PPS Defendants' Second Motion for Sanctions. (ECF No. 241).

3. In doing so, this Court authorized the PPS Defendants to seek fees and costs for:

   a. Activities related to Ms. Deltondo's spoliation of evidence;

   b. Efforts to obtain the Privilege Post and contemporaneous social media information;

   c. Activities associated with Plaintiff's delay and/or failure to produce relevant ESI; and

   d. Fees and expenses associated with preparing the Second Motion for Sanctions, limited to the categories above.

(ECF No. 241, at 10-12) (collectively, hereinafter referred to as "Spoliation and Discovery Delay/Failure").[1]

  4. Information related to the fees and costs the PPS Defendants incurred related to Ms. Deltondo's Spoliation and Discovery Delay/Failure are reflected in the PPS Defendants' Declaration in Support of Their Request for the Award of Attorneys' Fees, including an accurate, itemized list of the services performed, biographies of the attorneys who performed services, and a Bill of Costs. *See* Exhibits A-C of Declaration in Support.

  5. Specifically, the PPS Defendants incurred total attorneys' fees and costs of $38,996.86 ($38,642.50 (for attorney/paralegal services) plus $354.36 (in costs)) associated with Ms. Deltondo's Spoliation and Discovery Delay/Failure.

  6. The PPS Defendants aver that the requested fees are reasonable in light of undersigned counsel's significant efforts to address Ms. Deltondo's Spoliation and Discovery Delay/Failure.

  7. Further, the PPS Defendants aver that the requested rates are reasonable under the lodestar approach, and in fact, are lower than the rates of professionals performing similar services with reasonably comparable skill, experience, and reputation in the Pittsburgh market.

  8. The PPS Defendants request that this Court find Ms. Deltondo and her counsel jointly and severally liable for the attorney's fees and costs where Ms. Deltondo has represented

---

[1] The Court declined to award attorneys' fees and costs to the PPS Defendants associated with any prior motions to compel or the PPS Defendants' First Motion for Sanctions (ECF No. 241, at 12), and the PPS Defendants do not seek fees and costs for such efforts. Likewise, the PPS Defendants' fees and costs incurred relating to this instant Petition do not appear within the scope of the Court's Order, so PPS Defendants do not seek fees and costs for this Petition either.

that she has been unable to work since 2020 and does not have a means of income, and where Ms. Deltondo and her counsel were each responsible for the Spoliation and Discovery Delay/Failure.

9. Lastly, the PPS Defendants request that this Court require Ms. Deltondo and/or her counsel pay the PPS Defendants' reasonable fees and costs within 30 calendar days of this Court's award.

WHEREFORE, the PPS Defendants respectfully request that the Court enter an award for attorney's fees and costs requiring Ms. Deltondo and her counsel jointly and severally pay $38,996.86 to the law firm of Dentons Cohen & Grigsby P.C. in accordance with the proposed Order attached hereto.

Respectfully submitted,

*/s/ Michael W. Disotell*

Jennifer S. Park (Pa. ID 87733)
jennifer.park@dentons.com
Michael W. Disotell (Pa. ID 331101)
michael.disotell@dentons.com
**DENTONS COHEN & GRIGSBY P.C.**
625 Liberty Avenue
Pittsburgh, PA 15222-3152
412-297-4900 / 412-209-1975 (Fax)

Ira Weiss (Pa. ID 17408)
iweiss@wbklegal.com
**WEISS BURKARDT KRAMER, LLC**
445 Fort Pitt Boulevard, Suite 503
Pittsburgh, PA 15219
412-391-9890 / 412-391-9685 (Fax)

Dated: November 19, 2025        *Counsel for the PPS Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing PPS Defendants' Petition for Fees and Costs was filed electronically on November 19, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael W. Disotell
Michael W. Disotell

5414444.v2