# EXHIBIT A

| FEES ASSOCIATED WITH SPOLIATION AND DISCOVERY DELAY/FAILURE PERMITTED PURSUANT TO COURT ORDER[2] | | | | | |
|---|---|---|---|---|---|
| Timekeeper | Date | Description | Time[3] | Rate | Total Amount |
| Jennifer Park | 9/20/24 | Revise discovery deficiency letter to Fluehr | .30 | 490 | 147 |
| | 10/18/24 | Additional review of record and legal authority to support that Ms. Deltondo had duty to preserve social media posts immediately after she was on notice that she was being investigated | 4.5 | 490 | 2,205 |
| | 11/25/24 | Prepare for and meet with Solicitor Weiss regarding recent court rulings and strategy to recover fees and other remedies | 1.0 | 490 | 490 |

[2] The attorneys' fees associated with the actions specific in the Court's Order at ECF No. 241 are:

    A.   Activities related to Ms. Deltondo's Spoliation of Evidence;

    B.   Efforts to obtain the Privilege Post and contemporaneous social media information;

    C.   Activities associate with Plaintiff's delay and/or failure to produce relevant ESI; and

    D.   Fees and expenses associated with preparing the Second Motion for Sanctions, limited to the categories above.

[3] Where the billing entry included work on tasks not related to Ms. Deltondo's Spoliation and Discovery Delay/Failure permitted by the Court for the PPS Defendants' to seek fees and costs for, the PPS Defendants have provided a good faith, pro-rated adjustment in brackets for the time limited to addressing Ms. Deltondo's Spoliation and Discovery/Delays/Failures. To be sure, the PPS Defendants only seek fees based on the bracketed amount, as reflected in Exhibit A's Total Amount Column and Paragraphs 9-12 in the Declaration.

| | 11/26/24 | Detailed strategy for renewed motion for sanctions arguments | .5 | 490 | 245 |
|---|---|---|---|---|---|
| | 12/16/24 | Strategy call with Solicitor Weiss regarding renewed motions for sanctions and analysis of Plaintiff's objections | 1.0 | 490 | 490 |
| | 1/22/25 | Review and report Judge Stickman's order to Solicitor Weiss | .3 | 360 | 108 |
| | 3/7/25 | ECF review of filings related to second motion for sanctions | .3 | 360 | 108 |
| | 3/10/25 | Review and comment regarding draft motion for sanctions | .4 | 360 | 144 |
| | 3/14/25 | Review of second motion for sanctions and brief in support and Plaintiff's expert disclosures | 1.0 [.5] | 360 | 180 |
| | 4/11/25 | Review Deltondo's response to second motion for sanctions | .5 | 360 | 180 |
| | 4/14/25 | Prepare strategy for reply to Deltondo opposition to sanctions motion and expert disclosures and review Del Busto past testimony experience and review and comment on draft expert engagement letters for Del Busto and King | 2.0 [.5] | 360 | 180 |

Exhibit A-2

| | 4/17/25 | Review and comment on reply to Plaintiff's opposition to second motion for sanctions | 1.0 | 360 | 360 |
|---|---|---|---|---|---|
| | 4/24/25 | Review Deltondo opposition to motion for leave to reply and orders of court regarding second motion for sanctions and prepare strategy related thereto | .5 | 360 | 180 |
| | 5/12/25 | Prepare for oral argument on motion for sanctions | 1.0 | 360 | 360 |
| | 5/13/25 | Prepare for oral argument on motion for sanctions | 2.0 | 360 | 720 |
| | 5/14/25 | Prepare and review outline of arguments for second motion for sanctions | 5.5 | 360 | 1,980 |
| | 5/15/25 | Prepare for oral argument on motion for sanctions, present arguments in 2-hour hearing, and prepare strategy follow up | 8.5 | 360 | 3,060 |

Exhibit A-3

| | 5/16/25 | Teams meeting with Solicitor Weiss regarding oral argument | .5 | 360 | 180 |
|---|---|---|---|---|---|
| Michael Disotell | 9/19/24 | Analyze Plaintiff's latest production and draft summary of key documents provided, as well as flagging production deficiencies within it | 7.4 [6.9] | 300 | 2,070 |
| | 9/20/24 | Analyze Plaintiff's latest production and draft summary of key documents provided, as well as flagging production deficiencies within | 1.6 | 300 | 480 |
| | 9/20/24 | Address strategy regarding spoliation and Plaintiff's failure to provide key evidence in discovery | .5 | 300 | 150 |
| | 9/20/24 | Draft and revise letter to Plaintiff regarding production deficiencies and non-compliance with the Court's order | 1.2 [1.0] | 300 | 300 |
| | 11/25/24 | Address strategy for renewed sanctions motion with Ira Weiss and Jen Park | .5 | 300 | 150 |
| | 11/26/24 | Analyze scope of potential sanctions to request in renewed motion based on court's guidance | 3.3 [2.5] | 300 | 750 |
| | 11/27/24 | Analyze scope of potential sanctions to request in renewed motion based on court's guidance | 3.9 [3.0] | 300 | 900 |
| | 12/4/24 | Analyze scope of potential monetary sanctions allowed due to party's spoliation | 1.7 | 300 | 510 |
| | 12/16/24 | Draft, review, and revise memorandum advising on options to pursue in renewed motion for sanctions | 4.10 [3.0] | 300 | 900 |

| | 12/30/24 | Analyze scope of magistrate's authority to issue discovery rulings and sanctions | 1.5 [1.0] | 300 | 300 |
|---|---|---|---|---|---|
| | 1/13/25 | Draft and revise second motion for sanctions and brief in support thereof | 6.5 [5.0] | 360 | 1,800 |
| | 1/14/25 | Draft and revise second motion for sanctions and brief in support thereof | 4.6 [4.0] | 360 | 1,440 |
| | 1/15/25 | Draft and revise second motion for sanctions and brief in support thereof, including proposed order outlining evidentiary and monetary sanctions requested | 2.9 [2.0] | 360 | 720 |
| | 1/16/25 | Draft, review, and revise second motion for sanctions and brief in support thereof | 4.6 [4.0] | 360 | 1,440 |
| | 1/17/25 | Review and revise proposed order to second motion for sanctions | .3 | 360 | 108 |
| | 2/5/25 | Review and revise draft motion for sanctions in light the court overruling Plaintiff's objections | 1.4 | 360 | 504 |
| | 2/20/25 | Advise court regarding timeline for submitting renewed motion for sanctions | .2 | 360 | 72 |
| | 3/4/25 | Address feedback to and revise second motion for sanctions and brief in support thereof | 2.3 [2.0] | 360 | 720 |

Exhibit A-5

| | | | | |
|---|---|---|---|---|
| 3/10/25 | Review feedback to and revise second motion for sanctions draft | .5 | 360 | 180 |
| 3/11/25 | Review feedback to and revise second motion for sanctions draft, including conducting additional research as needed | 2.8 [2.5] | 360 | 900 |
| 3/27/25 | Review and advise on Plaintiff's request for additional time to respond to PPS Defendants' motion for sanctions | .3 | 360 | 108 |
| 4/11/25 | Review Plaintiff's opposition to PPS Defendants' second motion for sanctions and advise on response | .6 [.5] | 360 | 180 |
| 4/14/25 | Summarize opposition to second motion for sanctions and draft analysis on potential arguments to raise in reply | .9 | 360 | 324 |
| 4/14/25 | Draft and revise brief in support of reply to plaintiff's opposition to second motion for sanctions | 1.8 [1.5] | 360 | 540 |
| 4/16/25 | Draft and revise reply to Plaintiff's opposition to second motion for sanctions, including conducting additional research as needed | 3.5 [3.0] | 360 | 1,080 |
| 4/17/25 | Review and revise drafts to motion for leave and proposed reply to Plaintiff's opposition to second motion for sanctions | 1.2 | 360 | 432 |

Exhibit A-6

| | | | | |
|---|---|---|---|---|
| 4/18/25 | Finalize and assist with filing motion for leave and proposed reply to second motion for sanctions | .2 | 360 | 72 |
| 4/24/25 | Review and advise regarding Plaintiff's opposition to motion for leave to file second motion for sanctions | .5 | 360 | 180 |
| 5/5/25 | Draft and revise outline for oral argument related to second motion for sanctions | 2.1 | 360 | 756 |
| 5/5/25 | Review and advise on materials to compile in preparation for oral argument related to second motion for sanctions | .8 | 360 | 288 |
| 5/6/25 | Revise and finalize outline for oral argument related to second motion for sanctions, including instructing N. Pozzuto on binder of materials to prepare | 1.2 | 360 | 432 |
| 5/7/25 | Review and revise outline for oral argument related to second motion for sanctions, including updating instructions on binder of materials to prepare | .8 | 360 | 288 |
| 5/10/25 | Review background materials and prepare for oral argument on second motion for sanctions | .8 | 360 | 288 |
| 5/14/25 | Prepare for oral argument related to second motion for sanctions | .8 | 360 | 288 |
| 5/15/25 | Review materials and prepare for oral argument regarding the second motion for sanctions | 3.6 | 360 | 1,296 |
| 5/15/25 | Participate in oral argument related to second motion for sanctions before Magistrate Dodge | 2.0 | 360 | 720 |

| | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| | 5/15/25 | Debrief with team regarding oral argument on second motion for sanctions | .6 | 360 | 216 |
| | 5/16/25 | Conduct debriefing sessions with I. Weiss and J. Park regarding oral argument on second motion for sanctions | .3 | 360 | 108 |
| Abbie Britton | 9/19/24 | Review and analyze Plaintiff's production deficiencies | .5 | 255 | 127.50 |
| | 9/19/24 | Research spoliation case law | 2.8 | 255 | 714 |
| | 9/20/24 | Research spoliation case law | 1.3 | 255 | 331.50 |
| | 9/24/24 | Research spoliation case law | 1.5 | 255 | 382.50 |
| | 9/30/24 | Research spoliation case law | 1.5 | 255 | 382.50 |
| | 10/1/24 | Research spoliation case law | 1.0 | 255 | 255 |
| | 10/6/24 | Research spoliation case law | 1.8 | 255 | 459 |
| | 10/7/24 | Research spoliation case law | 1.3 | 255 | 331.50 |
| | 12/2/24 | Research potential sanctions and case law regarding counsel paying attorney's fees | 1.9 [1.5] | 255 | 382.50 |

Exhibit A-8

| | 12/3/24 | Research potential sanctions and case law regarding counsel paying attorney's fees | .8 [.5] | 255 | 127.50 |
|---|---|---|---|---|---|
| | 12/4/24 | Review sanctions research | .3 | 255 | 76.50 |
| | 12/4/24 | Research potential sanctions and case law regarding counsel paying attorney's fees | .5 | 255 | 127.50 |
| | 5/11/25 | Review and prepare for Defendants' second motion for sanctions mock trial | .9 | 255 | 229.50 |
| | 5/13/25 | Review Plaintiff's opposition to Defendants' second motion for sanctions and prepare questions for mock hearing | .7 | 255 | 178.50 |
| Nicole Pozzuto | 9/20/24 | Proofread, finalize, and send deficiency letter to opposing counsel | .8 | 150 | 120 |
| | 9/20/24 | Further strategize response to Plaintiff's deficient production set | .5 | 150 | 75 |
| | 5/7/25 | Pull cites, prepare materials, binders for oral argument on second motion for sanctions | 3.4 | 150 | 510 |
| | 5/15/25 | Attend oral argument on motion for sanctions | 3.5 | 150 | 525 |
| **TOTAL** | | | | | **$38,642.50** |

Exhibit A-9