IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DENISE DELTONDO,

                    *Plaintiff*,

    v.

THE SCHOOL DISTRICT OF
PITTSBURGH, *et al,*

                    *Defendants*.

Civil Action No. 2:22-cv-350

Hon. William S. Stickman IV
Hon. Patricia L. Dodge

**ORDER OF COURT**

In February 2022, Plaintiff Denise Deltondo ("Deltondo") commenced this civil rights action under 42 U.S.C. § 1983. (ECF No. 1). The only remaining claim is that Defendants, the School District of Pittsburgh, the Board of Public Education of the School District of Pittsburgh, Anthony Hamlet, and Tiffany R. Waskowicz (collectively, "Defendants"), retaliated against Deltondo in violation of her rights under the First Amendment to the United States Constitution. Defendants filed a motion for summary judgment. (ECF No. 225). Magistrate Judge Patricia L. Dodge, in an extensive Report and Recommendation, recommended that the motion be denied. (ECF No. 259). The parties were given the opportunity to file objections, and Defendants did so. (ECF No. 262).

Objections to a magistrate judge's disposition of a dispositive matter are subject to *de novo* review before the district judge. 28 U.S.C. § 636(b)(1)(B)-(C); Fed. R. Civ. P. 72(b)(3). The reviewing district court must make a *de novo* determination of those portions of the magistrate judge's report and recommendation to which objections are made. *Id*. Following *de novo* review, "[t]he district judge may accept, reject, or modify the recommended disposition;

1

receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3).

After a *de novo* review of the entire record, including Magistrate Judge Dodge's Report and Recommendation and Defendants' objections, IT IS HEREBY ORDERED that Defendants' objections (ECF No. 262) are OVERRULED. The Court concurs with Magistrate Judge Dodge's thorough analysis and her legal conclusions. It has independently reached the same legal conclusions for the reasons expressed in her comprehensive Report and Recommendation. Therefore, the Court hereby APOPTS Magistrate Judge Dodge's Report and Recommendation (ECF No. 259) as its Opinion.

AND NOW, this 25th day of March 2026, IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF No. 225) is DENIED.

BY THE COURT:

s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE