**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DENISE DELTONDO,                                )
                                                )
                       Plaintiff,               )
                                                )
            v.                                  )        Civil Action No. 22-350
                                                )
THE SCHOOL DISTRICT OF                          )
PITTSBURGH et al.,                              )
                                                )
                       Defendants.              )

## JUDICIAL SETTLEMENT CONFERENCE ORDER

A Judicial Settlement Conference is scheduled in this case on the 12th day of June, 2026 at 9:00 a.m. in Courtroom 3B, 3rd Floor, Joseph F. Weis Jr. U.S. Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania before the undersigned. The parties' responsibilities to be completed prior to the Judicial Settlement Conference and the procedures that the Court will employ in conducting the Conference are set forth below.

1. **Pre-Settlement Conference Exchange of Demand and Offer**

The Settlement Conference is more likely to be productive if, prior to the Conference, the parties have exchanged written settlement proposals.  Accordingly, on or before **May 22, 2026**, Plaintiff's counsel shall submit a written itemization of damages and settlement demand to Defendants' counsel with a brief explanation of why such a settlement is appropriate.  No later than **May 29, 2026**, Defendants' counsel shall submit a written offer to Plaintiff's counsel with a brief explanation of why such a settlement is appropriate.  If settlement is not achieved, Plaintiff's counsel shall deliver copies of all letters to Judge Hardy's chambers via e-mail to

kallie_sheets@pawd.uscourts.gov no later than **June 5, 2026**.  Do not file copies of these letters on the Court's docket.

2.  **Joint Proposed Settlement Agreement and Joint Pre-Settlement Conference Statement**

On or before **June 5, 2026**, the parties shall also submit a Joint Proposed Settlement Agreement.  The Proposed Settlement Agreement shall include all terms; however, the parties may use a "blank" line to indicate those terms which have not yet been agreed upon (e.g., damages in the amount of $_____ shall be paid . . .").

The parties shall also submit a Joint Pre-Settlement Conference Statement with the proposed Settlement Agreement.  The Joint Statement should also provide a very brief description of the procedural history and factual background of the case, and should identify any issues, in the order of necessary resolution, that will need to be resolved at the Settlement Conference for final settlement to be achieved.  The parties should briefly describe their respective position on each issue; however, specific monetary amounts need not be discussed.  The Statement should identify which issues will require the most concerted effort to resolve.

The Proposed Settlement Agreement, together with the Joint Statement, should be sent to the above e-mail address.  Do not file copies of the Joint Proposed Settlement Agreement and the Joint Pre-Settlement Conference Statement on the Court's docket.

3.  **Parties' Confidential Settlement Position Letters**

On or before noon on **June 10, 2026**, each party shall separately submit a Confidential Settlement Position Letter of no more than five (5) pages (including any exhibits) to the Court by e-mailing to kallie_sheets@pawd.uscourts.gov.  The Confidential Position Letter shall include the following: (1) the relative strengths and weaknesses of the party's case; (2) mitigation efforts; (3) synopsis of settlement history; and (4) current settlement posture, including monetary amount.

The Letter will not be filed on the Court's docket nor shared with opposing counsel  Accordingly, full candor is expected.

4. **Requirement that all Parties, Representatives with Complete Settlement Authority, and Lead Trial Counsel Attend in Person**

All parties, representatives with full and complete settlement authority, and lead trial counsel are required to attend and fully participate in the Judicial Settlement Conference.  An insured party shall appear by a representative of the insurer who has authority to settle the matter up to the entire policy limits.  The Court expects the parties, lawyers, and party representatives to be fully prepared to participate.

5. **Settlement Conference Format**

The Settlement Conference will begin with a joint session with brief opening presentations by each side.  The parties may utilize whatever presentation they believe will be most effective in achieving settlement, including charts, audiovisual, and oral presentations by counsel and principals.  The joint session shall be followed by private caucusing by the Court with each party. Additional joint sessions may be held at the discretion of the Court.

The Court encourages all parties to keep an open mind in order to reassess their previous positions and to consider creative means for resolving the dispute.

6. **Confidentiality**

All statements made in the course of joint sessions, including opening presentations, are confidential settlement discussions.  Statements may not be used in discovery and are inadmissible at trial.  Any statements made or information disclosed to the Court in private caucus is also

privileged and that disclosure will not be made under any circumstances, unless and until authorized by such party or their counsel.


/s/ *W. Scott Hardy*
W. Scott Hardy
United States District Judge


Dated: May 13, 2026

cc/ecf:  All counsel of record